IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JIM HENRY BALL, JR., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-365-MEF |
| | )         WO |
| CHARLES PRICE, *et al.*, | ) |
| | ) |
| Defendants | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #4) to the Recommendation of the Magistrate Judge filed on May 29, 2008 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #3) filed on May 21, 2008 is adopted;

3. This case is DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this the 30th day of May, 2008.

　　　　　　　　　　　　　　　　　　　／s/ Mark E. Fuller　　　　　　　
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE